# In the United States Court of Appeals for the Ninth Circuit

———————————

No. 24-1783

MISTY SNOW; DANA BOZIAN; EMILY VO;
KATIE CAMPBELL; CECELIA GARAY;
CELESTE HAMILTON;
STEPHANIE RICKENBAKER;
ANGELA CARNAGHI; JENNIFER EZZIO;
JAIME GOOCH; TRACY MOUND; JUSTIN HANSEN;
ELISABETH SKIBBA,
PLAINTIFFS-APPELLANTS

*v.*

ALIGN TECHNOLOGY, INC.,
DEFENDANT-APPELLEE

———————————

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

———————————

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), appellants Misty Snow, Dana Bozian, Emily Vo, Katie Campbell, Cecelia Garay, Celeste Hamilton, Stephanie Rickenbaker, Angela Carnaghi, Jennifer Ezzio, Jaime Gooch, Tracy Mound, Justin Hansen, and Elisabeth Skibba, and appellee Align Technology, Inc., jointly move to extend the briefing schedule for filing Align's brief and plaintiffs' reply brief.

(1)

1.  On July 2, 2024, the United States moved for a 14-day extension, until August 5, 2024, to file any amicus brief in this appeal.  C.A. Dkt. 15.  The Court granted that request and also moved the deadline for Align's brief to August 28, 2024.  C.A. Dkt. 31.

2.  On July 15, 2024, plaintiffs filed their opening brief.  C.A. Dkt. 36.

3.  On July 16, 2024, this Court granted Align's streamlined request for a 30-day extension to file its brief, setting the deadline as September 27, 2024.  C.A. Dkt. 35.

4.  On July 22, 2024, the parties jointly moved for a limited remand so that the district court could correct the judgment under Fed. R. Civ. P. 60(a).  C.A. Dkt. 39.  On August 2, 2024, this Court granted the motion for a limited remand and stayed briefing pending the district court's ruling on whether to correct the judgment.  C.A. Dkt. 43.  In light of that stay, the United States did not file its amicus brief by August 5, 2024.

6.  On August 12, 2024, the district court corrected the judgment under Rule 60(a).  D. Ct. Dkt. 604.  The same day, Align filed a letter notifying this Court of the development.

7.  On August 21, 2024, this Court lifted the stay of briefing and set a new deadline for Align's brief as September 20, 2024—seven days earlier than its prior deadline.  C.A. Dkt. 50.  The Court did not set a new deadline for the United States to file its amicus brief.

8.      Align understands that the United States intends to file any amicus brief by August 30, 2024.

9.      In light of the prior stay of briefing and the United States' intent to file any amicus brief by August 30, 2024—as well as their obligations in other cases—the parties met and conferred about extending the time for Align to file its brief and for plaintiffs to file their reply brief.  The parties have agreed to the following briefing schedule:

October 21, 2024:          Align's brief

January 6, 2025:          Plaintiffs' reply brief

In light of that agreement, the parties respectfully request that the Court extend the time in which to file Align's brief and plaintiffs' reply brief, in accordance with the foregoing schedule.

11.      The parties have exercised diligence in this appeal and will file their briefs within the time requested.  This extension request is not made for the purpose of delay, and no party will be prejudiced if it is granted.

Respectfully submitted,

/s/ Rio Pierce

RIO PIERCE
HAGENS BERMAN SOBOL
  SHAPIRO, LLP
  *715 Hearst Avenue, Suite 202*
  *Berkeley, CA 94710*
  *(510) 725-3042*
  *riop@hbsslaw.com*

STEVE BERMAN
HAGENS BERMAN SOBOL
  SHAPIRO, LLP
  *1301 2nd Avenue, Suite 2000*
  *Seattle, WA 98101*

*Counsel for Appellants*

AUGUST 27, 2024

/s/ Kannon K. Shanmugam

KANNON K. SHANMUGAM
JAMES DURLING
ANNA P. LIPIN
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *kshanmugam@paulweiss.com*

JAMES M. PEARL
EMMA FARROW
PAUL HASTINGS LLP
  *1999 Avenue of the Stars, 27th Floor*
  *Los Angeles, CA 90067*

THOMAS A. COUNTS
PAUL HASTINGS LLP
  *101 California Street, 48th Floor*
  *San Francisco, CA 94111*

ADAM M. REICH
PAUL HASTINGS LLP
  *71 South Wacker Drive, 45th Floor*
  *Chicago, IL 60606*

MICHAEL F. MURRAY
PAUL HASTINGS LLP
  *2050 M Street, N.W.*
  *Washington, DC 20036*

NOAH B. PINEGAR
PAUL HASTINGS LLP
  *200 Park Avenue*
  *New York, NY 10166*

*Counsel for Appellee*

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I hereby certify, pursuant to Federal Rules of Appellate Procedure 27(d)(2)(A), 32(c)(1), and 32(a)(6) that the attached motion is proportionately spaced, has a typeface of 14 points or more, and contains 473 words.


AUGUST 27, 2024                                         /s/ Kannon K. Shanmugam
                                                        KANNON K. SHANMUGAM

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the | answering and reply | brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: | September 20, 2024; October 11, 2024

3. The brief's first due date was: | July 15, 2024; August 5, 2024

4. A more detailed explanation of why the extension of time to file the brief is
   necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   The parties require additional time to file Align's briefing and plaintiffs' reply brief in light of this Court's prior stay of briefing and the United States' intent to file any amicus brief by August 30, 2024, as well as their obligations in other cases.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** | s/ Kannon K. Shanmugam | **Date** | Aug 27, 2024

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 14                    3                    New 12/01/2018

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the | answering and reply | brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: | September 20, 2024; October 11, 2024 |

3. The brief's first due date was: | July 15, 2024; August 5, 2024 |

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   > The parties require additional time to file Align's briefing and plaintiffs' reply brief in light of this Court's prior stay of briefing and the United States' plan to file an amicus brief by August 30, 2024, as well as their obligations in other cases.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   |  |

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

   |  |

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

   |  |

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** | Rio Pierce |   **Date** | 8/27/2024 |

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14**          3          *New 12/01/2018*