## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| MISTY SNOW, et al., individually and on behalf of all other similarly situated,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant-Appellee. | Case No. 24-1783<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL AS TO PLAINTIFF-APPELLANT DANA BOZIAN ONLY** |

Pursuant to the Federal Rule of Appellate Procedure 42(b) and the Ninth Circuit General Orders, the Parties have stipulated and agreed, through their respective counsel, to the voluntary dismissal from this appeal of Plaintiff-Appellant Dana Bozian, who did not allege claims under Section 2 of the Sherman Act. That dismissal applies only to the Section 2 claims at issue in this appeal. Each side will bear its own attorneys' fees and costs. No other parties to this appeal shall be voluntarily dismissed. Plaintiffs-Appellants Katie Campbell, Angela Carnaghi, Jennifer Ezzio, Cecelia Garay, Jaime Gooch, Celeste Hamilton, Justin Hansen, Tracy Mound, Stephanie Rickenbaker, Elisabeth Skibba, and Emily Vo remain parties to this appeal and do not seek dismissal. Dana Bozian is not dismissed as a plaintiff with respect to the Section 1 claim in the related case that is currently pending in the district court, *Snow v. Align Technology, Inc.*, No. 3:21-cv-03269-VC (N.D. Cal. May 3, 2021).

Dated: _____   _____
                                          Circuit Clerk

APPROVED AND AGREED TO BY COUNSEL FOR PLAINTIFFS-APPELLANTS:

BY /s/ Rio S. Pierce                      DATE: 10/17/2024

                                          STEVE W. BERMAN
                                          THEODORE WOJCIK
                                          JOSEPH M. KINGERSKI
                                          **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                          1301 Second Avenue, Suite 2000
                                          Seattle, WA 98101
                                          Telephone: (206) 623-7292
                                          Facsimile: (206) 623-0594
                                          Email: steve@hbsslaw.com
                                          Email: tedw@hbsslaw.com
                                          Email: joeyk@hbsslaw.com

                                          RIO S. PIERCE
                                          **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                          715 Hearst Avenue, Suite 202
                                          Berkeley, CA 94710
                                          Telephone: (510) 725-3000
                                          Facsimile: (510) 725-3001
                                          Email: riop@hbsslaw.com

APPROVED AND AGREED TO BY COUNSEL FOR DEFENDANT-APPELLEE:

BY /s/ Kannon K. Shanmugam                DATE: 10/17/2024

                                          KANNON K. SHANMUGAM

JAMES DURLING
ANNA P. LIPIN
**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300
kshanmugam@paulweiss.com

JAMES M. PEARL
EMMA FARROW
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067

THOMAS A. COUNTS
**PAUL HASTINGS LLP**
101 California Street, 48th Floor
San Francisco, CA 94111

ADAM M. REICH
**PAUL HASTINGS LLP**
71 South Wacker Drive, 45th Floor
Chicago, IL 60606

MICHAEL F. MURRAY
**PAUL HASTINGS LLP**
2050 M Street, N.W.
Washington, DC 20036

NOAH B. PINEGAR
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166