# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-1703, 24-1783

**Case Name** Snow, et al. v. Align Technology, Inc.

**Hearing Location** (*city*) San Francisco

**Your Name** Rio S. Pierce

List the sitting dates for the two sitting months you were asked to review:

April 1-4, 2025
April 7-11, 2025
May 12-16, 2025
May 19-23, 2025

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

April 1-4, 2025: Conflicts with preplanned travel/vacation time.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Rio S. Pierce   **Date** 12/11/2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  New 12/01/2018