# In the United States Court of Appeals for the Ninth Circuit

———————

No. 24-1783

MISTY SNOW; DANA BOZIAN; EMILY VO;
KATIE CAMPBELL; CECELIA GARAY;
CELESTE HAMILTON;
STEPHANIE RICKENBAKER;
ANGELA CARNAGHI; JENNIFER EZZIO;
JAIME GOOCH; TRACY MOUND; JUSTIN HANSEN;
ELISABETH SKIBBA,
PLAINTIFFS-APPELLANTS

*v.*

ALIGN TECHNOLOGY, INC.,
DEFENDANT-APPELLEE

———————

## UNOPPOSED MOTION OF APPELLEE FOR EXTENSION OF TIME TO FILE MOTION TO SEAL

———————

Pursuant to Federal Rule of Appellate Procedure 27, appellee Align Technology, Inc. ("Align"), respectfully submits this motion seeking an extension of time in which to file its motion to seal portions of the reply brief filed by appellants Misty Snow, Dana Bozian, Emily Vo, Katie Campbell, Cecelia Garay, Celeste Hamilton, Stephanie Rickenbaker, Angela Carnaghi, Jennifer Ezzio, Jaime Gooch, Tracy Mound, Justin Hansen, and Elisabeth Skibba ("the

(1)

Snow plaintiffs"). Align has notified the Snow plaintiffs about this motion. The Snow plaintiffs do not oppose the motion.

1. On January 6, 2025, the Snow plaintiffs filed their reply brief. Pursuant to Circuit Rule 27-13, the Snow plaintiffs moved to file portions of the reply brief provisionally under seal because materials referenced in the brief had been designated as confidential by Align or third parties in the proceedings below. The Snow plaintiffs also noted that the district court had not yet resolved which materials should be sealed.

2. Before the filing of the reply brief, the district court issued an order denying Align's outstanding sealing motions as relevant to this appeal as overbroad. D. Ct. Dkt. 636, at 1-2. The court directed Align to file narrower sealing motions by January 24, 2025. *Id.* at 2.

3. Circuit Rule 27-13(f) requires a party seeking to maintain documents under seal to move for appropriate relief within 21 days of receiving notice from the other party. Under that schedule, Align has until January 27, 2025 to file its motion to seal.

4. In light of the district court's order denying Align's prior motions to seal as overbroad and instructing Align to file narrower sealing motions, Align respectfully requests an additional 14 days to prepare its motion to seal portions of the Snow plaintiffs' reply brief. With that extension, Align's motion would be due on February 10, 2025. At that time, Align will also filed a revised

2

motion to seal portions of the Snow plaintiffs' opening brief, Align's brief, and the excerpts of record.

5. Align requires an extension of time so that it can determine the scope of its narrower sealing requests and so that trial counsel and appellate counsel can coordinate those requests. Align has been diligent in seeking this extension and will file its motion to seal within the time requested. *Cf.* Circuit Rule 31-2.2(b).

6. This motion is Align's first request for an extension of time to file a motion to seal portions of the Snow plaintiffs' reply brief and is not made for the purpose of delay. No party will be prejudiced if it is granted.

<div style="float:right">

Respectfully submitted,

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
JAMES DURLING
ANNA J. GOODMAN
ANNA P. LIPIN
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *kshanmugam@paulweiss.com*

</div>

JAMES M. PEARL
EMMA FARROW
PAUL HASTINGS LLP
  *1999 Avenue of the Stars, 27th Floor*
  *Los Angeles, CA 90067*

THOMAS A. COUNTS
PAUL HASTINGS LLP
  *101 California Street, 48th Floor*
  *San Francisco, CA 94111*

ADAM M. REICH
PAUL HASTINGS LLP
  *71 South Wacker Drive, 45th Floor*
  *Chicago, IL 60606*

MICHAEL F. MURRAY
PAUL HASTINGS LLP
  *2050 M Street, N.W.*
  *Washington, DC 20036*

JANUARY 9, 2025

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I hereby certify, pursuant to Federal Rules of Appellate Procedure 27(d)(2)(A), 32(c)(1), and 32(a)(6) that the attached motion is proportionately spaced, has a typeface of 14 points or more, and contains 424 words.

JANUARY 9, 2025                                /s/ Kannon K. Shanmugam
                                                                                                                                                        KANNON K. SHANMUGAM