UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SIMON AND SIMON, PC and VIP DENTAL SPAS,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant - Appellee. | No. 24-1703<br>D.C. No. 3:20-cv-03754-VC<br>Northern District of California, San Francisco<br><br>ORDER |
| MISTY SNOW; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant - Appellee. | No. 24-1783<br>D.C. No. 3:21-cv-03269-VC<br>Northern District of California, San Francisco |

The motion (Docket Entry No. 87 in No. 24-1703) for an extension of time to file motions to seal is granted. The previous motion (Docket Entry No. 85 in No. 24-1703) for an extension of time is denied as moot.

Any motions to seal portions of the parties' briefs or excerpts of record are due February 24, 2025.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT