HAGENS BERMAN

**Rio Pierce** **riop@hbsslaw.com**

ATTORNEYS AT LAW

**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 HEARST AVENUE, SUITE 300
BERKELEY, CA 94710

**hbsslaw.com**

(510) 725-3042 phone (510) 725-3001 fax

August 24, 2026

**Via ECF**

Molly C. Dwyer
Clerk of Court U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street San Francisco, CA 94103

*Re:* *Snow et al. v. Align Technology, Inc.*, No. 24-1783 (9th Cir.)
Notice of Settlement

Dear Ms. Dwyer:

Plaintiffs write to advise the Court that they have reached a proposed settlement of this class action lawsuit. The Parties will in short order file a joint motion for limited remand under Federal Rule of Appellate Procedure 12.1(b) to effectuate their joint request for preliminary and final approval of the proposed settlement of this class action litigation. This settlement does not affect the appeal in *Simon v. Align*.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

Rio S. Pierce
Partner

RSP:bs

010976-11/5100703 V2